On December 1, 1995, we remanded this case to the trial court with instructions to make specific findings of fact and conclusions of law as to the claims of ineffective assistance of counsel asserted by the appellant, Oliver Jones, Jr., in his petition for post-conviction relief. We also instructed the trial court to hold an evidentiary hearing, if necessary, and upon completion of the proceedings, to make due return to this court, which return should include a written statement of the court's findings and a transcript of the proceedings.
The trial court has complied with our instructions. After holding an evidentiary hearing on the appellant's claims of ineffective assistance of counsel, it filed a return that includes its findings of fact and conclusions of law and a transcript of the proceedings. The trial court addressed each of the appellant's contentions of ineffective assistance of counsel and entered its order, finding no merit in any of those contentions. We have reviewed the record and find that it supports the findings and conclusions of the trial court.
Having found in our opinion on original submission that the issues unrelated to the ineffective assistance of counsel claims were precluded under Rule 32.2(a)(3), Ala.R.Crim.P., and now concluded that there is no merit in the appellant's claims of ineffective assistance of counsel, we affirm the judgment of the trial court denying the appellant's Rule 32 petition.
AFFIRMED.
All Judges concur.